

# TEXAS EDUCATION AGENCY

1701 North Congress Ave. ★ Austin, Texas 78701-1494 ★ 512/463-9734 ★ FAX: 512/463-9838 ★ http://www.tea.state.tx.us

Robert Scott
Commissioner

United States District Court
Southern District of Texas
FILED

APR 2 8 2008

Michael N. Milby, Clerk

April 25, 2008

United States District Court
Southern District of Texas
Houston Division
515 Rusk Street
Houston, Texas  77002

Re:   *C.A. No. H-08-861 Alief Independent School District v. C.C., bnf Kenneth & Nneka C. in the United States District Court for the Southern District of Texas, Houston Division (Texas Education Agency Docket No. 321-SE-0807)*

To Whom It May Concern:

Enclosed is a certified copy of the administrative record for the above referenced matter. Should you have any questions, please do not hesitate to call me at 512-463-9720.

Sincerely,

*Sunny Pogor*
Sunny Pogor
Special Education Docket Administrator
Office of Legal Services

Enclosure



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

Records from another jurisdiction were received and will be maintained in paper by the Clerk.

____    State Court Records

____    Administrative Record from Social Security Administration

✓       Administrative Record from  Texas Education Agency

____    Other records: _____

These records are maintained in __3__ Volumes.

Case Number   4:08cv861